IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEON LOUGHMILLER,<br><br>　　　　　　　　Petitioner,<br><br>vs.<br><br>KATHLEEN DICKINSON, Warden,<br><br>　　　　　　　　Respondent. | Case No: 2:09-cv-02094-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 35] |

　　　　At Docket No. 35 Richard Leon Loughmiller, a state prisoner proceeding *pro se*, filed a Motion for the Appointment of Counsel to represent him on appeal.  There is no constitutional right to counsel in federal habeas proceedings.[1]  This Court may, however, appoint counsel under the Criminal Justice Act in this case if the court determines that the interests of justice so require.[2]  This Court having determined to issue a certificate of appealability in this case has also determined that there is a reasonable likelihood that Loughmiller may prevail and that the legal issue presented is of sufficient complexity to warrant the appointment of counsel.

　　　　**IT IS HEREBY ORDERED THAT** the Motion for Appointment of Counsel at Docket No. 35 is **GRANTED**.

---

[1] *See Lawrence v. Florida*, 549 U.S. 327, 336-37 (2007) (citing *Coleman v. Thompson*, 501 U.S. 722, 756-57 (1991)).

[2] 28 U.S.C. § 2254(h); 18 U.S.C. § 3006A(a)(2)(B); *see Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) ("In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved.").

**IT IS FURTHER ORDERED THAT** the Federal Public Defender is hereby appointed as counsel for Richard Leon Loughmiller.

The Clerk of the Court is directed serve a copy of this Order on David Porter, Assistant Federal Public Defender, and to transmit a copy to the Court of Appeals.

Dated: February 2, 2012

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge